



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2023

November 30, 2023

<u>VIA ECF</u>
The Honorable Valerie Caprioni
Eastern District of New York

Re:   Suarez v. BQA Transport LLC et al

Honorable Judge Caprioni:

    We represent Plaintiff the above-referenced action.   We write jointly with defendants to respectfully request another (2) two weeks or until December 14th, 2023, to submit a fully briefed motion pursuant to Cheeks v. Freeport Pancake House.

We thank you the Court for its attention to this matter.

                             Respectfully,  /s/
                                        Lina Stillman, Esq.
                                        Counsel for Plaintiff

Application GRANTED.  The deadline for the parties to file a *Cheeks* motion is hereby extended from Thursday, November 30, 2023, to **Thursday, December 14, 2023**.  If no motion is filed by then, a conference will be held on Friday, December 15, 2023, at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

As set forth in the Undersigned's local rules, any future extension requests must be filed **at least 48 hours** in advance of the deadline and must set forth the basis for the request.

SO ORDERED.

*[signature]*
11/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE