UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERVING SUAREZ,

                Plaintiff,

-v-

BQA TRANSPORT LLC, RY-MO LOGISTICS, INC., and EDDIE BAL DOE.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 6032 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 8, 2024, Plaintiff filed a motion "for the entry of Judgment" against Defendants based on Defendants' failure to comply with the parties' settlement agreement. (ECF No. 28 (the "Motion")). On March 10, 2024, the Honorable Valerie E. Caproni referred the motion for a report and recommendation. (ECF No. 29).

Plaintiff's attorney, Lina Stillman ("Ms. Stillman"), filed a declaration in support of the Motion. (ECF No. 28-1 (the "Declaration")). The Declaration references three exhibits (the "Exhibits"). (Id. ¶¶ 4, 7, 11). Ms. Stillman failed, however, to annex copies of the Exhibits to the Declaration. Accordingly, the Court orders as follows:

1. By **March 13, 2024**, Ms. Stillman shall file the Exhibits.

2. Defendants' deadline to respond to the Motion is EXTENDED to **March 27, 2024**.

3. Plaintiff's reply, if any, is due by **April 3, 2024**.

Dated:    New York, New York
            March 12, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge