UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERVING SUAREZ,

                Plaintiff,

  -v-

BQA TRANSPORT LLC, RY-MO LOGISTICS, INC., and EDDIE BAL DOE.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 6032 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 8, 2024, Plaintiff filed a motion "for the entry of Judgment" against Defendants based on Defendants' failure to comply with the parties' settlement agreement. (ECF No. 28 (the "Motion")). On March 10, 2024, the Honorable Valerie E. Caproni referred the motion for a report and recommendation. (ECF No. 29).

Plaintiff's attorney, Lina Stillman ("Ms. Stillman"), filed a declaration in support of the Motion. (ECF No. 28-1 (the "Declaration")). The Declaration references three exhibits (the "Exhibits"). (Id. ¶¶ 4, 7, 11). Ms. Stillman failed, however, to annex copies of the Exhibits to the Declaration.

On March 12, 2024, the Court directed Ms. Stillman to file the Exhibits by March 13, 2024 and extended the Motion briefing schedule accordingly. (ECF No. 30). On March 12, 2024, Ms. Stillman filed, without explanation, a document that appears to be Exhibit C to the Motion. (ECF No. 31 (the "Filing")). The Filing does not include however, the two other Exhibits, including the alleged confession of judgment on which Plaintiff premises the Motion. (Id.; see ECF No. 28-1 ¶ 7).

Accordingly, the Court orders as follows:

1. By **March 15, 2024**, Ms. Stillman shall file the remaining Exhibits.

2. Defendants' deadline to respond to the Motion is EXTENDED to **March 29, 2024**.

3. Plaintiff's reply, if any, is due by **April 5, 2024**.

<u>Ms. Stillman is warned that her failure to comply with this Order will result in a recommendation that the Motion be denied</u>.

Dated:    New York, New York
          March 14, 2024

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**