UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERVING SUAREZ,

                  Plaintiff,

-v-

BQA TRANSPORT LLC, et al.,

                  Defendants.

CIVIL ACTION NO. 23 Civ. 6032 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 21, 2025, Plaintiff filed the Second Motion to Enforce Judgment. (ECF No. 39 (the "Motion")). The Honorable Valerie E. Caproni then referred the Motion. (ECF No. 42). Pursuant to Local Rule 6.1(b), the deadline for Defendants to file an opposition to the Motion was February 4, 2025. Defendants have not filed an opposition.

Accordingly, as a one-time courtesy, the Court sua sponte extends the deadline for Defendants to file an opposition to the Motion up to and including **February 11, 2025**. Defendants are warned that failure to file an opposition will result in the Court ruling on the Motion based on Plaintiff's submission alone.

Dated:     New York, New York
             February 6, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**