**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERVING SUAREZ,

                Plaintiff,                      23 **CIVIL** 6032 (VEC)

      -against-                        **JUDGMENT**

BQA TRANSPORT LLC, RY-MO LOGISTICS,
INC., and EDDIE BAL DOE,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 4, 2025, the Court has ADOPTED the R&R in full. Plaintiff's Second Motion to Enforcement Judgment is GRANTED to the extent it seeks to enforce the Settlement Agreement. Judgment is entered in favor of Plaintiff and against Defendants in the amount of $14,000.29, consisting of $9,075.99 owed to Plaintiff Erving Suarez and $4,924.30 owed to Stillman Legal, P.C. Because neither party objected to the R&R, and because the R&R expressly warned that the failure timely to object would result in the waiver of any such objections, appellate review of this decision is precluded. See Fed. R. Civ. P. 72(b) advisory committee's note; Caidor v. Onondaga Cnty., 517 F.3d 601, 602–03 (2d Cir. 2008).

**Dated:**  New York, New York
          April 7, 2025

                                                               **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                         **BY:**              *K. Mango*

                                                                     **Deputy Clerk**